Stephens *v*. Hornbrook and Others.—On Appeal.

THIS was a bill in chancery filed *October* 5th, 1848, by *Silas Stephens*. The object of the bill was to obtain an injunction against a judgment at law in ejectment, &c.

The bill, after a statement of facts, prays a *subpœna* for *Thomas V. Messesans* and *Mary Ann* his wife, *Mary C. Hornbrook*, *Charles P. Hornbrook*, *Maria L. Hornbrook*, *Sanders Hornbrook*, and *Lillias Hornbrook*, *John Shanklin*, and *Marcus Sherwood*.

Several of the defendants are alleged by the bill to be infants.

At the *March* term, 1849, and at the *September* term, 1849, the cause was continued. At the *March* term, 1850, the parties appeared by counsel, and submitted the cause to the Court.

The Court dissolved the injunction, said to have been theretofore granted, and dismissed the bill.

There was no guardian *ad litem* appointed for the infant defendants; there were no answers; there was no decree *pro confesso* against any of the defendants; nor was there any evidence by any of the parties. The decree, therefore, must be right.

The decree is affirmed with costs.

*J. G. Jones* and *J. E. Blythe*, for the appellant.

*C. Baker*, for the appellees.